

**NUMBER13-08-00069-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN RE: H. E. BUTT GROCERY CO.**

**On Petition for Writ of Mandamus
and Emergency Motion for Immediate Temporary Relief**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam[1]**

Relator, H. E. Butt Grocery Co., filed a petition for writ of mandamus and an emergency motion for immediate temporary relief in the above cause on February 1, 2008. The Court granted the emergency motion and stayed the trial court's order of January 22, 2008 compelling production of the documents and analysis related to cap and tag studies for H.E.B. Store No. 2 in Brownsville, Texas for years 2002, 2003, and 2004 pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b)

---

[1]*See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The Court also requested that the real party in interest, Noelia R. Cortez, file a response to relator's petition for writ of mandamus on or before February 11, 2008.

The Court, having examined and fully considered the petition for writ of mandamus, the response thereto, and relator's reply, is of the opinion that relator has not shown itself entitled to the relief sought and the petition for writ of mandamus should be denied. *See* TEX. R. APP. P. 52.8. Accordingly, the stay of the trial court's order of January 22, 2008, requiring the production of documents, is hereby ordered LIFTED. The petition for writ of mandamus is DENIED.

PER CURIAM

Memorandum Opinion delivered and
filed this the 5th day of May, 2008.

2